USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __8/29/2024__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X
MARY D. LENNON,

                Plaintiff,

   against

MARTIN J. O'MALLEY,
COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
------------------------------------------------X

**SCHEDULING ORDER**

**Civil Action No.:**
**1:24-CV-04707-ALC**

1. Plaintiff shall serve and file her brief supporting the relief sought in her Complaint on or before December 24, 2024;

2. Defendant shall serve and file the Commissioner's opposing brief on or before January 23, 2025; and

3. Plaintiff shall serve and file her reply brief on or before February 6, 2025.

**SO ORDERED.**

_/s/ Andrew L. Carter_
HON. ANDREW L. CARTER
UNITED STATE DISTRICT COURT JUDGE
Dated: August 29, 2024