UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X

MARY D. LENNON,

                Plaintiff,                24 **CIVIL** 4707 (ALC)

    -v-                                   **JUDGMENT**

CAROLYN COLVIN,
ACTING COMMISSIONER OF SOCIAL SECURITY,

                Defendant.

-----------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated January 13, 2025, that the action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings.

**Dated:** New York, New York

      January 14, 2025

                                                                  **TAMMI M. HELLWIG**

                                                                    **Clerk of Court**

                                         **BY:**

                                                                      **Deputy Clerk**